# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Roberto Carlos Villovos, | No. CV-17-03303-PHX-JJT (BSB) |
| Plaintiff, | **ORDER** |
| v. | |
| Jeremy Ennis, *et al.*, | |
| Defendants. | |

At issue is the Report and Recommendation (R&R) (Doc. 14) by Judge Bade recommending the Court dismiss this matter for failure to prosecute—specifically failure to return completed service packets and to comply with court orders. The Court will adopt the R&R in whole and dismiss this action.

The completed service packets were due March 20, 2018. When that date elapsed without compliance, the Court gave Plaintiff until April 4, 2018 to show cause why the matter should not be dismissed for failure to comply. Plaintiff submitted nothing. Judge Bade thus recommended dismissal without prejudice. Thereafter Plaintiff had fourteen days to object to that R&R. The deadline passed without any filing. Plaintiff will not engage. Dismissal without prejudice thus is appropriate.

IT IS ORDERED adopting in whole Judge Bade's R&R (Doc. 14).

IT IS FURTHER ORDERED dismissing without prejudice the Complaint and this action. The Clerk of Court shall close this matter.

Dated this 24th day of June, 2019.

Honorable John J. Tuchi
United States District Judge